**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HAMIDREZA ZOGHI,<br>Plaintiff<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br>Defendants. | Civil Action No.<br>2:22-cv-01847-SVW-GJS (ECF)<br><br><br><br>ORDER ~~[PROPOSED]~~ |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 3rd day of June 2022.

_____
The Honorable Judge Stephen V. Wilson, United States District Judge